| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Joshua B. Swigart<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>(619) 233-7770 | |
| ATTORNEY(S) FOR: Andrew Laich | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Laich<br><br>Plaintiff(s),<br>v.<br>COMMUNITAINMENT INC., a Virginia corporation<br><br>Defendant(s) | CASE NUMBER:<br>5:19-cv-00024<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Andrew Laich_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Plaintiff is unaware of any interested parties. | |

01/04/2019                    s/ Joshua B. Swigart
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

Andrew Laich