**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Clark R. Conforti, Esq. (SBN: 317698)
clark@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff*
Andrew Laich

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW LAICH,** | **Case No.:** 5:19-cv-00024-JGB(KKx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **COMMUNITAINMENT, INC.,** | |
| Defendant. | |
| | **Judge:**    Hon. Jesus G. Bernal |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled. Plaintiffs respectfully request that this Honorable Court vacate all pending hearing dates and allow the parties thirty (30) days within which to file dispositional papers. The parties anticipate that they will complete the settlement and a Request for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: May 23 , 2019               Respectfully submitted,

                                             **KAZEROUNI LAW GROUP, APC**

                                             By:   */s/ Clark R. Conforti*
                                                     Clark R. Conforti, Esq.
                                                     ATTORNEYS FOR PLAINTIFF