**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On May 23, 2019, I served the herein described document(s):

**NOTICE OF SETTLEMENT**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below.

☒ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) for each respective counsel listed on the Court's CM/ECF system for this action on this date before 11:59 p.m.

**Karl Kronenberger**
**Liana Chen**
**KRONENBERGER ROSENFELD, LLP**
**150 Post Street, Ste. 520**
**San Francisco, CA 94108**
**liana@krinternetlaw.com**
**karl@krinternetlaw.com**

*Counsel for Defendant Communitainment, Inc.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 23, 2019 at Costa Mesa, California.

*/s/ Clark R. Conforti*
Clark R. Conforti