**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Clark R. Conforti, Esq. (SBN: 317698)
clark@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW LAICH,<br><br>                    Plaintiff,<br><br>           v.<br><br>COMMUNITAINMENT, INC.,<br><br>                    Defendant. | Case No.: 5:19-cv-00024-JGB(KKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ANDREW LAICH ("Plaintiff") hereby moves to voluntarily dismiss the above-captioned action in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for

1
NOTICE OF VOLUNTARY DISMISSAL

summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.[1]

Date: July 2, 2019              **KAZEROUNI LAW GROUP, APC**

                                By:  *s/ Clark R. Conforti*
                                     ABBAS KAZEROUNIAN, ESQ.
                                     CLARK R. CONFORTI, ESQ.
                                     *Attorneys for Plaintiff*

---

[1] This dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On July 2, 2019, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 2, 2019 at Costa Mesa, California.

/s/ *Clark R. Conforti*
CLARK R. CONFORTI, ESQ.